UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHANE COOPER,
ADC #113431                                                                                     PLAINTIFF

V.                                        5:17CV00117JM/JTR

MICHELLE GRAY, Deputy Warden,
Tucker Unit, ADC, et al.                                                                       DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in part..

IT IS THEREFORE ORDERED that:

1. Cooper may PROCEED with his inadequate medical care claim against James, Sims, and Does.

2. Cooper may PROCEED with his corrective inaction claim against Fuloon and Huff.

3 Cooper's claims against all other defendants are DISMISSED WITHOUT PREJUDICE.

4. The Clerk is directed to prepare a summons for James, Sims, Fuloon and Huff. The U.S. Marshal is directed to serve the summons, complaint, amended complaint, and this Order on them through the ADC Compliance Division without prepayment of fees and costs or security therefor. If James, Sims, Fuloon or Hoof are no longer ADC employees, the ADC Compliance Division must file a **sealed** statement providing the unserved defendant's last known private mailing address.

5. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 17th day of August, 2017.

*[signature]*
UNITED STATES DISTRICT JUDGE