UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHANE COOPER,
ADC #113431                                                                                          PLAINTIFF

V.                                      5:17CV00117 JM/JTR

MICHELLE GRAY, Deputy Warden,
Tucker Unit, ADC, et al.                                                                         DEFENDANTS

# ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Sims's amended motion to dismiss [Doc. 21] is DENIED.

2. James's motion to dismiss [Doc. 36] is GRANTED IN PART and DENIED IN PART. Cooper's request for injunctive relief against James is DISMISSED WITHOUT PREJUDICE.

3. Huff's Motion to Dismiss [Doc. 27] is DENIED in all respects.

4. Pursuant to Fed. R. Civ. P. 12(a)(4)(A), Defendants' Answers are due within fourteen days of the entry of this Order.

5. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 5th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE