UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHANE COOPER                                                                                          PLAINTIFF
ADC #113431

V.                              5:17CV00117 JM/JTR

ASHIA JAMES, CO, Tucker Unit;
CLIFFORD SIMS, Lieutenant, Tucker Unit; and
RAMONA HUFF, Assistant Head of
Medical Dept., Tucker Unit                                                                        DEFENDANTS

# ORDER

The Court has reviewed the recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Officer Ashia James and Lieutenant Clifford Sims's Motion for Summary Judgment (Doc. 54) is GRANTED, and Mr. Cooper's claims against them are DISMISSED WITHOUT PREJUDICE.

2. Ramona Huff's Motion for Summary Judgment (Doc. 57) is GRANTED, and Mr. Cooper's claims against her are DISMISSED WITHOUT PREJUDICE.

Dated this 29th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE